**Opinion issued April 21, 2022**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00151-CV

———————————

**WILLIE DAVID WILLIAMS, Appellant**

**V.**

**DIAMOND OFFSHORE SERVICES LIMITED AND DIAMOND OFFSHORE SERVICES COMPANY, Appellees**

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-31922**

---

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss the appeal. *See* TEX. R. APP.

P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  We dismiss all other pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Kelly and Countiss.